UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | | |
|---|---|---|
| BRENDA DAVIS and CLARENCE DAVIS, and all others similarly situated, | ) ) ) | CASE NO. 3:21-cv-00044 |
| | ) | JUDGE ROBERT C. CHAMBERS |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| COLLECTO, INC. d/b/a. EOS CCA, | ) ) ) | |
| Defendant. | ) | |

## THIRD-PARTY DISH NETWORK L.L.C.'S NOTICE TO WITHDRAW ITS MOTION TO QUASH SUBPOENA *DUCES TECUM* OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER

By this filing, Third-Party DISH Network L.L.C. respectfully withdraws its Motion to Quash the Subpoena *Duces Tecum* or, in the Alternative, for Protective Order (Doc. 21).

Respectfully submitted,

*/s/ Joseph R. Blalock*
JOSEPH R. BLALOCK (WVSB# 12090)
BENESCH, FRIEDLANDER, COPLAN &
   ARONOFF LLP
44 15th Street, Suite 2
Wheeling, WV 26003
614-223-9359 Telephone
614-223-9330 Facsimile
jblalock@beneschlaw.com

ERIC LARSON ZALUD
(*pro hac vice forthcoming*)
LAURA E. KOGAN
(*pro hac vice forthcoming*)
BENESCH, FRIEDLANDER, COPLAN &
  ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
(216) 363-4500 Telephone
(216) 363-4588 Facsimile
ezalud@beneschlaw.com
lkogan@beneschlaw.com

*Attorneys for Third-Party DISH Network L.L.C.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of September, 2021, I electronically filed the foregoing THIRD-PARTY DISH NETWORK L.L.C.'S NOTICE TO WITHDRAW ITS MOTION TO QUASH SUBPOENA DUCES TECUM OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Benjamin M. Sheridan, Esq.
Klein & Sheridan, LC
3566 Teays Valley Road
Hurricane, WV 25526
Email: ben@kleinsheridan.com
*Attorney for Plaintiffs*

/s/ Joseph R. Blalock
Joseph R. Blalock
*Attorney for Defendant DISH Network L.L.C.*

15034830 v1